UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUIDO MALATO,<br><br>                           Petitioner,<br><br>                -v.-<br><br>DIGITALOCEAN LLC,<br><br>                          Respondent. | 25 Civ. 2319 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    On March 20, 2025, Petitioner filed a petition to vacate an arbitration award. (Dkt. # 1). Proceedings to confirm or vacate an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall move for vacatur of the arbitration award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — on or before **April 21, 2025**. Respondent's opposition, if any, is due on or before **May 19, 2025**. Petitioner's reply, if any, is due on or before **June 2, 2025.**

    SO ORDERED.

Dated:  March 26, 2025
           New York, New York

                                                    KATHERINE POLK FAILLA
                                                   United States District Judge