**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 GUIDO MALATO,

                                Plaintiff,

                -against-                                              25 **CIVIL** 2319 (KPF)

                                                                        **JUDGMENT**

DIGITALOCEAN LLC,

                                Defendant.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 11, 2026, the Court has GRANTED DigitalOcean's motion for summary judgment in substantial part: It has confirmed the Award of damages of $6,399.04. It also has awarded prejudgment interest at an annual rate of 9% from December 20, 2024, through the date of entry of judgment in this case, on the damages figure of $6,399.04, in the amount of $698.68, and also awarded post-judgment interest at the statutory rate. Conversely, the Court has DENIED Mr. Malato's cross-motion for summary judgment seeking vacatur of the Award; accordingly, the case is closed.

**Dated:** New York, New York

        March 12, 2026

                                            **TAMMI M. HELLWIG**
                                    _____
                                            **Clerk of Court**

                        **BY:**            K. Mango
                                    _____
                                            **Deputy Clerk**